UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID E. RAUNIO,

    Plaintiff,

v.                        Case No.    12-C-370

CLEANING SOLUTION SERVICES INC.,

    Defendant.

**ORDER**

Defendant has filed a "Motion to Request Mediation before a Magistrate Pursuant to L.R. 72(T)." The Court will treat the motion as a request for mediation that apparently is opposed by the plaintiff. It is not this Court's practice to order mediation when one party objects. Mediation is a waste of time unless both parties believe that it may result in a settlement. Plaintiff is entitled to his day in Court if that is what he chooses, and the Court declines to add to the expense of the case by ordering mediation that has little likelihood of success. Accordingly, the motion is denied.

Dated this __2nd__ day of January, 2013.

                                      s/ William C. Griesbach
                                      William C. Griesbach, Chief Judge
                                      United States District Court